No. 12–6373 (12A283). FOSTER v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE GINS-

BURG, JUSTICE SOTOMAYOR, and JUSTICE KAGAN would grant the application for stay of execution.